Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

Attorney for Plaintiff

**\*\*E-filed 7/5/05\*\***

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO. C04-04479 JF<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: July 8, 2005<br>Time: 10:30 AM<br>Courtroom 3 |

The parties hereby respectfully request the court continue the Case Management Conference in the *Panahiasl and Pierson v. Creditcare* matter from July 8, 2005 to July 15, 2005. A related Case Management Conference is already set for July 15, 2005 in the *Wyatt v. Creditcare et al.* matter. Holding the CMC's on the same day would be more efficient and economical.

Dated: July 1, 2005

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: July 1, 2005

_____
Chris Ashworth, Counsel for Defendants

IT IS SO ORDERED.
7/5/05

JUDGE JEREMY FOGEL UNITED STATES DISTRICT COURT
/s/electronic signature authorized

- 1 -

Request to Continue Case Management Conference