From:LAW OFFICE OF RON WILCOX    408 296 0486    07/07/2005 02:16 #444 P.001/002
Case 5:04-cv-04479-JF   Document 17   Filed 07/11/05   Page 1 of 2

JUL-07-2005 02:38PM   FROM-SILICON VALLEY LAW GROUP       +4088735701       T-207  P.002/003  F-327

1  Ronald Wilcox, State Bar No. 176601
   Attorney at Law
2  2160 The Alameda, 1st Floor., Suite F
   San Jose, CA 95126
3  Tel: (408) 296-0400                    **E-filed 7/11/05**
4  Fax: (408) 296-0486
   ronaldwilcox@yahoo.com
5
6  Attorney for Plaintiff

7              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                     SAN JOSE DIVISION
9

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO. C04-04479 JF<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCES FOR 60 DAYS<br><br>Date: July 15, 2005<br>Time: 10:30 AM<br>Courtroom 3 |
| SHARON WYATT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO. C04-03681 JF RS<br><br>Date: July 15, 2005<br>Time: 10:30 AM<br>Courtroom 3 |

- 1 -

From:LAW OFFICE OF RON WILCOX    408 296 0486                    07/07/2005 02:17 #444 P.002/002
Case 5:04-cv-04479-JF   Document 17   Filed 07/11/05   Page 2 of 2

JUL-07-2005 02:33PM    FROM-SILICON VALLEY LAW GROUP          +4085725701         T-207  P.003/003  F-327

1  The Court has ordered the parties to proceed to ADR in the *Panahiasl v. Creditcare* et al.
2  matter. Defendants have yet to provide their availability for ADR. The parties request the Court
3  continue the CMC for 60 days, allowing the parties time to address the ADR matter. The parties also
4  request the CMC in the *Wyatt v. Creditcare* matter be continued for 60 days, so that the matters can be
5  
6  addressed at the same time.

7  Dated: July 7, 2005

8  
9                                              _____
10 Dated: July 7, 2005                          Ronald Wilcox, Counsel for Plaintiff

11                                             _____
                                               Chris Ashworth, Counsel for Defendants
12
13
14
                              [PROPOSED] ORDER
15
16
17     The Case Management Conferences in the *Panahiasl and Pierson v. Creditcare* matter and
18 *Wyatt v. Creditcare et al.* matter are hereby continued from July 15, 2005 to  9/16/05 @10:30.
19
20  /s/electronic signature authorized                     7/11/05
   _____                        _____
21 HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE            DATE
22
23
24
25
26
27
28

- 2 -