From:LAW OFFICE OF RON WILCOX    408 296 0486    07/26/2005 00:02 #063 P.001/002
Case 5:04-cv-04479-JF   Document 27   Filed 07/27/05   Page 1 of 2

JUL-26-2005 01:02PM   FROM-SILICON VALLEY LAW GROUP    +4085735701    T-379  P.002/005  F-505

1  Ronald Wilcox, State Bar #176601
2  LAW OFFICE OF RONALD WILCOX
   2160 The Alameda, 1st Floor., Suite F
3  San Jose, CA 95126
   Tel: (408) 296-0400
4  Fax: (408) 296-0486
5  ronaldwilcox@post.harvard.edu

6  Attorneys for Plaintiffs

*E-filed 7/27/05*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT<br><br>Defendants. | CIV. NO. 04-04479 JF HRL<br><br>STIPULATION and [PROPOSED] ORDER TO CONTINUE MOTION TO STAY DISCOVERY WITH RESPECT TO CLASS ISSUES<br><br>Date: August 30, 2005<br>Time: 10:00 AM<br>Courtroom 2 |

The parties hereby respectfully request the Court continue the August 30, 2005, Motion to Stay Discovery with Respect to Class Issues to September 13, 2005 at 10:00a.m.

Date: 7/25/05

_____
Ronald Wilcox, Attorney for Plaintiff

Date: 7-25-05

_____
Christopher Ashworth, Attorney for Defendants

- 1 -
Stipulation and Order to Continue Motion to Stay Discovery with Respect to Class Issues

From: LAW OFFICE OF RON WILCOX    408 296 0486    07/26/2005 00:03 #063 P.002/002
Case 5:04-cv-04479-JF    Document 27    Filed 07/27/05    Page 2 of 2

JUL-26-2005 01:02PM    FROM-SILICON VALLEY LAW GROUP    +4085739701    T-379    P.003/005    F-505

~~[PROPOSED]~~ ORDER

IT IS SO ORDERED: 7/27/05          /s/ Howard R. Lloyd
                          _____
                          MAGISTRATE JUDGE HOWARD L. LLOYD

Stipulation and Order to Continue Motion to Stay Discovery with Respect to Class Issues