Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

Attorney for Plaintiff

*E-filed 8/22/05*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO. C04-04479 JF HRL<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO STAY CLASS DISCOVERY AND [PROPOSED] ORDER<br><br>Date: September 13, 2005<br>Time: 10:00 AM<br>Courtroom 3 |

The parties hereby stipulate to continue the hearing on defendants' motion to stay class discovery to October 25, 2005.

Dated: August 17, 2005

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: August 17, 2005

_____
Chris Ashworth, Counsel for Defendants

- 1 -

## ~~[PROPOSED]~~ ORDER

The hearing on defendants' motion to stay class discovery is continued to 10/25/05.

/s/ Howard R. Lloyd
HON. HOWARD LLOYD, MAGISTRATE JUDGE

8/22/05
DATE