AUG. 12. 2005 11:19AM   SILICON VALLEY LAW GROUP   NO. 0162   P. 2/3

Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

Attorney for Plaintiff

**E-filed 8/25/05**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO. C04-04479 JF<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO CONDUCT ENE, and [PRPOSED] ORDER<br><br>Date: September 16, 2005<br>Time: 10:30 AM<br>Courtroom 3 |

The Court has ordered the parties to proceed to ADR in the *Panahiasl et al. v. Creditcare* et al. matter. The parties have agreed to conduct such on a Saturday. The mediator's next available Saturday is October 8, 2005. Thus, the parties request an order from the Court allowing the ENE to take place on October 8, 2005, and setting the next Case Management Conference after that date.

Dated: August 12, 2005

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: August 12, 2005

_____
Chris Ashworth, Counsel for Defendants

- 1 -

From: LAW OFFICE OF RON WILCOX   408 296 0486   08/11/2005 21:13 #040 P.002/003

## [PROPOSED] ORDER

The parties shall proceed to ENE on October 8, 2005.

The next Case Management Conferences *shall occur on* __10/14/05 at 10:30__

__/s/electronic signature authorized__                                   __8/25/05__
HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE         DATE

- 2 -