**Ronald Wilcox, State Bar #176601**
**LAW OFFICE OF RONALD WILCOX**
**2160 The Alameda, 1st Floor., Suite F**
**San Jose, CA 95126**
**Tel: (408) 296-0400**
**Fax: (408) 296-0486**
**ronaldwilcox@post.harvard.edu**

*E-filed 9/30/05*

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT<br><br>Defendants. | CIV. NO. 04-04479 JF HRL<br><br>STIPULATION and [PROPOSED] ORDER TO CONTINUE MOTION TO STAY DISCOVERY WITH RESPECT TO CLASS ISSUES<br><br>Date: October 25, 2005<br>Time: 10:00 AM<br>Courtroom 2 |

The parties hereby respectfully request the Court continue the October 25, 2005, Motion to Stay Discovery with Respect to Class issues to November 15, 2005 at 10:00a.m.

Date: 9/28/05     /s/_____
                  Ronald Wilcox, Attorney for Plaintiff

Date: 9/28/05     /s/_____
                  Christopher Ashworth, Attorney for Defendants

- 1 -

Stipulation and Order to Continue Motion to Stay Discovery with Respect to Class Issues

**[PROPOSED] ORDER**

The hearing on the motion is continued until November 15, 2005 at 10:00 am.

**IT IS SO ORDERED:** 9/30/05       /s/ Howard R. Lloyd

**MAGISTRATE JUDGE HOWARD L. LLOYD**