Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

**E-filed 10/13/05**

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO.  C04-04479 JF<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, and ORDER<br><br><br>Date:  October 14, 2005<br>Time:  10:30 AM<br>Courtroom 3 |

The parties are proceeding to ADR on October 8, 2005.  The parties believe it would be appropriate to continue the Case Management Conference to November 18, 2005.

Dated: October 8, 2005

/s/Ronald Wilcox_____
**Ronald Wilcox, Counsel for Plaintiff**

Dated: October 10, 2005

/s/Chris Ashworth_____
**Chris Ashworth, Counsel for Defendants**

## [PROPOSED] ORDER

**IT IS SO ORDERED:**

/s/electronic signature authorized                         10/13/05
_____      _____
**HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE      DATE**

- 2 -