Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, 1st Floor., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

Attorney for Plaintiff

*E-filed 10/25/05*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO.  C04-04479 JF HRL<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO STAY CLASS DISCOVERY AND [PROPOSED] ORDER<br><br>Date:  November 15, 2005<br>Time:  10:00 AM<br>Courtroom 3 |

The parties hereby respectfully request the Court to continue the November 15, 2005, Motion to Stay Class Discovery with Respect to Class Issues to December 13, 2005, at 10:30a.m.

Dated: October 19, 2005

/s/Ronald Wilcox
**Ronald Wilcox, Counsel for Plaintiff**

Dated: October 19, 2005

/s/Chris Ashworth
**Chris Ashworth, Counsel for Defendants**

- 1 -

**[PROPOSED] ORDER**

**The hearing on defendants' Motion to Stay Class Discovery is continued to December 13, 2005.**

      /s/ Howard R. Lloyd                        10/24/05
**HON. HOWARD LLOYD, MAGISTRATE JUDGE**     **DATE**