| | |
|---|---|
| 1 | Ronald Wilcox, State Bar #176601 |
| 2 | LAW OFFICE OF RONALD WILCOX |
|   | 2160 The Alameda, 1st Floor., Suite F    **E-filed 12/9/05** |
| 3 | San Jose, CA 95126 |
| 4 | Tel:  (408) 296-0400 |
|   | Fax: (408) 296-0486 |
| 5 | ronaldwilcox@post.harvard.edu |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHISAL and SANDY PEIRSON, on behalf of themselves and members of the general public, | CIV. NO.  04-04479-JF |
| Plaintiff, | CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE AND [~~PROPOSED~~] ORDER |
| vs. | |
| CreditCare, Inc. d.b.a. CREDITC.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT | Date:  December 9, 2005<br>Time:  10:30 AM<br>Courtroom 3 |
| Defendants. | |
| SHARON WYATT, on behalf of herself and all others similarly situated, | CIV. NO.  04-03681-JF |
| Plaintiff, | CASE MAMANAGMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE AND [PROPOSED] ORDER |
| vs. | |
| Defendants. | |
| CreditCare, Inc., d.b.a Credit C.A.R.E., Inc. and MIKE GURNEY a/k/a TOM WRIGHT | Date:  December 9, 2005<br>Time:  10:30 AM<br>Courtroom 3 |

- 1 -

CASE MANAGEMENT STATEMENT, REQUEST TO CONTINUE AND [PROPOSED] ORDER

Defendant Mike Gurney has yet to obtain new counsel.  In the matter of, *Panahiasl et al v. Creditcare et al*, Plaintiffs request the Case Management Conference be continued to January 13, 2006, 10:30 a.m.  Similarly in the *Wyatt v. Credticare et al* matter, the parties also request a continuance of the Case Management Conference to January 13, 2006.

| | |
|---|---|
| **Dated: December 2, 2005** | /s/ Ronald Wilcox_____<br>**Ronald Wilcox, Counsel for Plaintiff** |
| **Dated: December 2, 2005** | /s/ Mike Gurney_____<br>**MIKE GURNEY** |

### [PROPOSED] ORDER

**The Case Management Conference shall be continued to January 13, 2006, 10:30 a.m.**

**IT IS SO ORDERED.**

/s/electronic signature authorized                                             12/8/05
**HON. J. FOGEL, U.S. DISTRICT COURT JUDGE    Date**

- 2 -
CASE MANAGEMENT STATEMENT, REQUEST TO CONTINUE AND [PROPOSED] ORDER