| | |
|---|---|
| Ronald Wilcox, State Bar No. 176601<br>Attorney at Law<br>2160 The Alameda, 1st Floor., Suite F<br>San Jose, CA 95126<br>Tel:  (408) 296-0400<br>Fax: (408) 296-0486<br>ronaldwilcox@post.harvard.edu<br>Attorney for Plaintiffs | **E-filed 7/5/06** |

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JEANNIE PANAHIASL and SANDY PIERSON, on behalf of themselves and members of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants.<br>_____<br>SHARON WYATT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIKE GURNEY a/k/a TOM WRIGHT,<br><br>Defendants. | CIV. NO.  C04-04479 JF<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE FROM 7/7/06 to 7/14/06 and [P~~ROPOSED~~] ORDER<br><br>Date:  July 7, 2006<br>Time:  10:30 AM<br>Courtroom 3<br><br>_____<br>CIV. NO.  C04-03681 JF RS<br><br><br>Date:  July 7, 2006<br>Time:  10:30 AM<br>Courtroom 3 |

Defendant Michael Gurney has defaulted on his obligations in this matter (please see letter attached as an Exhibit).

Plaintiff's counsel has a calendar conflict on July 7, 2006, and respectfully requests the Court

- 1 -

continue the Case Management Conference to July 14, 2006, at which time Plaintiff's counsel will discuss with the Court how Plaintiffs intend to proceed. If Michael Gurney does not wish a default to be taken against him he should appear at the continued CMC.

Dated: June 30, 2006

/s/Ronald Wilcox
**Ronald Wilcox, Counsel for Plaintiff**

Certificate of Service

I, Marion Ramel, declare as follows:

I am over the age of eighteen and not a party to this action. On June 30, 2006, I served the foregoing document on Defendants in this action, by U.S. Mail, to the following address:

**Michael Gurney**
**17760 Monterey Rd., #E**
**Morgan Hill CA 95037**

**Michael Gurney**
**8385 Old Monterey Rd.**
**Morgan Hill, CA 95037-3050**

**/s/Marion Ramel**
**Marion Ramel**

**[PROPOSED] ORDER**

The Case Management Conferences in the *Panahiasl and Pierson v. Gurney* matter and *Wyatt v. Gurney* matter are hereby continued from July 7, 2006 to July 14, 2006, 2006, at 10:30 p.m.

_____     7/5/06
HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE     DATE